KATHARINE BISCONE, Appellant, v JETBLUE AIRWAYS CORPORATION, Respondent, et al., Defendants.

Decided March 26, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

D.T., Also Known as D.T.-R., Individually and by ROBERTO RODRIGUEZ, as Commissioner of Social Services of Ulster County, Appellant, v IRWIN RICH, Defendant, and SAINT CABRINI HOME, INC., Respondent.

Submitted February 11, 2013; decided March 26, 2013

Motion to dismiss appeal denied.

In the Matter of RIVEN FLAMENBAUM, Deceased. VORDERASIATISCHES MUSEUM, Respondent; HANNAH K. FLAMENBAUM, Appellant; ISRAEL FLAMENBAUM, Objectant-Respondent.

Submitted March 18, 2013; decided March 26, 2013

Motion by Archaeological Institute of America et al. for leave to file a supplemental amici curiae brief on the appeal herein denied.

SALVATORE GUERRERA, Respondent, v ROBERT J. ZYSK, Appellant.

Submitted February 11, 2013; decided March 26, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.